No. D–2468. IN RE DISBARMENT OF MITRANO. Disbarment entered. [For earlier order herein, see 559 U. S. 1002.]

No. D–2469. IN RE DISBARMENT OF BYRD. Disbarment entered. [For earlier order herein, see 560 U. S. 963.]

No. D–2487. IN RE DISBARMENT OF BERGRIN. Disbarment entered. [For earlier order herein, see 561 U. S. 1045.]

No. D–2489. IN RE MORAN. A response to the rule to show cause having been filed, it is ordered that the rule to show cause is discharged, and the order suspending John M. Moran from the practice of law in this court, dated July 26, 2010 [561 U. S. 1045], is vacated.

No. D–2495. IN RE DISCIPLINE OF WOGHIN. Steven M. Woghin, of Cold Spring Harbor, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2496. IN RE DISCIPLINE OF ORCI. Daniel S. Orci, Jr., of St. Petersburg Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2497. IN RE DISCIPLINE OF STEIN. Jaffa F. Stein, of Voorhees, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2498. IN RE DISCIPLINE OF TONER. Terrance N. Toner, of New Brunswick, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2499. IN RE DISCIPLINE OF KRESS. Richard H. Kress, of Clark, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.